AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2018

SEAN F. McAVOY, CLERK

DANIEL P. MELVILLE and MARY R. MELVILLE,

*Plaintiff*

v.

THE BANK OF NEW YORK MELLON CORPORATION, et al.

Civil Action No. 2:17-cv-30-RMP

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants Chase and BNY Mellon Trustee's Motion for Summary Judgment (ECF No. 45) is GRANTED. Plaintiffs' FDCPA claims against Chase and BNY Mellon Trustee are DISMISSED WITH PREJUDICE. Judgment is entered for Defendants Chase and BNY Mellon Trustee (named on the Complaint as "The Bank of New York Mellon Corporation, also known as The Bank of New York as Trustee for Citicorp Mortgage Securities Trust Series 2007-6"; "Chase Home Finance"; and "JP Morgan Chase Bank National Association.")

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for Summary Judgment (ECF No. 45).

Date: 3/1/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen