FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL P. MELVILLE and MARY R. MELVILLE, | NO: 2:17-CV-30-RMP |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| QUALITY LOAN SERVICE CORP OF WASHINGTON, | |
| Defendant. | |

On March 1, 2018, this Court issued an order to Plaintiffs Daniel and Mary Melville to show cause, within fourteen days, as to why their claim against the only remaining Defendant, Quality Loan Service Corporation of Washington, should not be dismissed. ECF No. 58. Nearly one month has passed since the date of the show cause order, and Plaintiffs have not filed any response or taken any other action indicating an intent to prosecute this case.

Having repeatedly alerted Plaintiffs that a consequence of their non-participation in the proceedings and failure to abide by orders entered in this case

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

would likely be dismissal of their complaint, and finding no consequence short of dismissal to be feasible given Plaintiffs' refusal to meaningfully participate in moving their case forward, **IT IS HEREBY ORDERED**:

1. Plaintiffs' complaint, **ECF No. 1**, is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. Rule 41(b) for failure to prosecute.
2. Judgment shall be entered for Defendant Quality Loan Service Corporation of Washington.

The District Court Clerk is directed to enter this Order, enter judgment as directed above, provide copies to counsel and to Plaintiffs, and **close this case**.

**DATED** March 29, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge